## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK ARAYA      * | |
| * | |
| Plaintiff,    * | |
| * | Civil Action No. 08-CV-00830-RMC |
| v.      * | |
| * | |
| JPMORGAN CHASE BANK, N.A.   * | |
| * | |
| Defendant.    * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LOCAL RULE 7.1 CERTIFICATION
## ON BEHALF OF DEFENDANT JPMORGAN CHASE BANK, N.A.

I, the undersigned, counsel of record for JPMorgan Chase Bank, N.A. certify that, to the best of my knowledge and belief, JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation with outstanding securities in the hands of the public. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

_____
Matthew P. Previn (Bar No. 460228)
Andrew R. Louis (Bar No. 476722)
BUCKLEY KOLAR LLP
1250 24th Street, NW, Suite 700
Washington, DC  20037
Tel:    (202) 349-8000
Fax:    (202) 349-8080
e-mail: mprevin@buckleykolar.com
e-mail: alouis@buckleykolar.com
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

Dated: May 20, 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2008, a copy of the foregoing filed electronically through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. Mail, postage pre-paid, to those indicated as non-registered participants.

          /s/
        Matthew P. Previn