UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HENOK ARAYA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-830 (RMC) |
| ) | |
| **JP MORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 20, 2008, Defendant filed a motion to dismiss or for more definite statement. *See* Dkt. # 2. Then, on May 22, 2008, this Court issued an order advising the pro se Plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to file a response to Defendant's motion. *See* Dkt. # 5. The May 22 Order provided, "Plaintiff shall file an opposition or other response to Defendant's Motion to Dismiss or, in the Alternative, for a More Definite Statement [Dkt. # 2] no later than **June 23, 2008**. If Plaintiff does not respond in a timely manner, the Court may treat the motion as conceded and summarily dismiss the case." *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). Plaintiff has not filed a response to Defendant's motion, nor has Plaintiff sought additional time to respond. Accordingly, it is hereby

**ORDERED** that the case is dismissed without prejudice.

**SO ORDERED.**

Dated: July 9, 2008                                                                /s/
                                                                                            ROSEMARY M. COLLYER
                                                                                            United States District Judge